NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE ANDREW IAN DOUGLASS

---

### 2014-1207

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 09/527,507.

---

### JUDGMENT

---

JOHN THOMAS HARDING, Morrison Mahoney, LLP, Boston, MA argued for appellant. Also represented by JOSEPH B. MILSTEIN, Milstein Zhang & Wu LLC, Newton, MA.

JEREMIAH HELM, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee. Also represented by JAMIE LYNNE SIMPSON, NATHAN K. KELLEY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| February 9, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |